IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| LESLIE J. DAVIS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:16cv76 |
| BRAD LIVINGSTON, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Leslie J. Davis, Jr., proceeding *pro se*, filed the above-styled lawsuit. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Plaintiff has filed a motion seeking preliminary injunctive relief and sanctions (doc. no. 21). The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The motion seeking preliminary injunctive relief and sanctions is **DENIED**.

So **ORDERED** and **SIGNED** September 12, 2018.

_____
Ron Clark, Senior District Judge